**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ROBERT MULLEN,             :   No. 314 MAL 2023

                 Petitioner    :

                             :   Petition for Allowance of Appeal
                             :   from the Order of the
       v.                       :   Commonwealth Court
                             :

NORTHAMPTON TOWNSHIP (WORKERS'   :
COMPENSATION APPEAL BOARD),     :

                 Respondent   :


## <u>ORDER</u>


**PER CURIAM**

      **AND NOW**, this 25th day of September, 2023, the Petition for Allowance of Appeal
is **DENIED**.